This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

    Plaintiff-Appellee,

v.                             **NO. 30,262**

**JASMINE LOPEZ,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Stephen Bridgforth, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Hugh W. Dangler, Chief Public Defender
Eleanor Brogan, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**FRY, Chief Judge.**

    Defendant appeals the denial of her motion to withdraw her no contest plea. In our notice, we proposed to affirm the district court's ruling. Defendant has timely responded. We have considered her arguments and not being persuaded, we affirm.

In our notice, we pointed out that this Court reviews the denial of a motion to withdraw a plea for an abuse of discretion. *State v. Hunter*, 2006-NMSC-043, ¶ 11, 140 N.M. 406, 143 P.3d 168. An abuse of discretion in such a context is described as "when [the district court] is shown to have acted unfairly, arbitrarily, or committed manifest error." *Id.* (internal quotation marks and citation omitted). Manifest error occurs when the undisputed facts establish that the plea was not knowingly and voluntarily given. *Id.* We proposed to find that the undisputed facts indicated that Defendant's plea was knowingly and voluntarily given.

Defendant argued below and continues to argue here that the motion to withdraw should have been reviewed for a "fair and just reason" rather than manifest injustice. *See* Rule 5-304 NMRA (Committee Comment.). As we pointed out in our notice, however, the Supreme Court in *Hunter* has apparently rejected that standard. We decline to apply a different standard than the one stated in *Hunter*. *See Alexander v. Delgado*, 84 N.M. 717, 718, 507 P.2d 778, 779 (1973) (recognizing that we are limited in our ability to overrule precedent of our Supreme Court).

**CONCLUSION**

For the reasons stated herein and in the calendar notice, we affirm the denial of Defendant's motion to withdraw her plea.

**IT IS SO ORDERED**.

2

_____

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**TIMOTHY L. GARCIA, Judge**